655 A.2d 72

IN THE MATTER OF LEROY CARMICHAEL,
AN ATTORNEY AT LAW.

March 24, 1995.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that LEROY CARMICHAEL of TRENTON, who was admitted to the bar of this State in 1971, be reprimanded for violating *RPC* 1.3 (lack of diligence) and *RPC* 1.4 (failure to communicate), and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and LEROY CARMICHAEL is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.